# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | Case Numbers H-4:17-mj-00651 |
| WILLIAM LOPEZ (6), GRISEL SALAS (9), WALTER LOPEZ (13), EDDIE ALEJANDRO TORRES (14), JOSE LUIS MORENO (16), GILBERT GARCIA (17), and JIMMY MEJIA CHAVEZ (22), | § § § § § § § § § | |
| Defendants. | § § | |

## ORDER

IT IS HEREBY ORDERED that the due date for the responses/objections to the Initial Presentence Investigation Reports for the above-captioned Defendants is CONTINUED to the 4th day of August, 2025.

Signed at Houston, Texas, on this _____ day of _____, 2025.

_____
THE HONORABLE CHARLES R. ESKRIDGE, III
UNITED STATES DISTRICT JUDGE

1